FILED
IN OPEN COURT
SEP - 9 2026
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| | CRIMINAL NO. 4:26-cr-72 |
| v. | |
| BRIAN ANTWAN PEOPLES<br>(Counts 1, 2, 3, 4, 5, 6) | 18 U.S.C. § 1349<br>Conspiracy to Commit Bank and Credit Union Fraud<br>(Count 1) |
| ORION AUDIANDRE WHITE<br>(Counts 1, 2, 5, 6) | 18 U.S.C. §§ 1344 and 2<br>Bank and Credit Union Fraud<br>(Counts 2, 3, 5) |
| Defendants. | 18 U.S.C. §§ 1028A and 2<br>Aggravated Identity Theft<br>(Counts 4, 6) |
| | 18 U.S.C. § 982(a)(2)(A)<br>Criminal Forfeiture |

# INDICTMENT

September 2026 Term – at Newport News, Virginia

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Navy Federal Credit Union (NFCU) is a financial institution, as defined in Title 18, United States Code, Section 20, because it is a credit union with accounts insured by the National Credit Union Share Insurance Fund. Synchrony Bank is also a financial institution under Section 20. It is a bank with deposits insured by the Federal Deposit Insurance Corporation.

COUNT ONE
(Conspiracy to Commit Bank and Credit Union Fraud)

THE GRAND JURY CHARGES THAT:

1. The factual allegations contained in the General Allegations section are incorporated herein by reference as if set out in full.

2. Between a date unknown, but believed to be no later than in or about October 2023, and continuing through in or about at least April 2025, the exact dates being unknown, in the Eastern District of Virginia and elsewhere, BRIAN ANTWAN PEOPLES and ORION AUDIANDRE WHITE, the defendants herein, along other conspirators known and unknown, did knowingly and willfully combine, conspire, confederate and agree with each other and others known and unknown, to commit the following offense against the United States: to knowingly execute and attempt to execute the aforesaid scheme and artifice to defraud a financial institution, and to obtain money, funds, credit, assets, securities, and other property owned by and under the custody and control of a financial institution as defined under Title 18, United States Code, Section 20, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

WAYS, MANNER, AND MEANS OF THE CONSPIRACY

The ways, manner, and means by which the foregoing objectives of the conspiracy to commit bank and credit union fraud were to be accomplished included, but were not limited to the following:

1. The primary purpose of the conspiracy and the scheme and artifice was for the defendants and conspirators to defraud financial institutions and obtain through fraudulent means money, funds, credit, assets, securities, and other property owned by and under the control of

financial institutions located in the Eastern District of Virginia and elsewhere, including NFCU and Synchrony Bank, by negotiating and then drawing against stolen financial instruments.

2. It was part of the conspiracy and the scheme and artifice that the defendants and conspirators obtained stolen financial instruments, including checks and credit card numbers, by either stealing them from the legitimate account holders or otherwise obtaining them.

3. It was part of the conspiracy and the scheme and artifice that the defendants and conspirators recruited individuals to allow the coconspirators to deposit the stolen financial instruments into bank accounts at financial institutions such as NFCU.

4. It was part of the conspiracy and the scheme and artifice that the defendants and conspirators made the stolen financial instruments payable to the recruited individuals and deposited those instruments into the bank accounts of the recruited individuals.

5. It was part of the conspiracy and the scheme and artifice that the defendants and conspirators withdrew as much of the proceeds as possible before the funds were frozen or otherwise rendered unavailable from the accounts of the recruited individuals.

6. It was part of the conspiracy and the scheme and artifice that the defendants and conspirators utilized stolen credit card information to fraudulently obtain money, funds, credit, assets, securities, and other property owned by and under the control of Synchrony Bank.

(In violation of Title 18, United States Code, Sections 1349, 1344, and 2.)

## COUNT TWO
(Credit Union Fraud)

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations contained in the General Allegations section are incorporated herein by reference as if set out in full.

2. On or about October 23, 2023, in the Eastern District of Virginia and elsewhere, BRIAN ANTWAN PEOPLES and ORION AUDIANDRE WHITE, the defendants herein, aided and abetted by others, and along with other conspirators known and unknown to the Grand Jury, having devised the scheme and artifice described above and incorporated by reference, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud and to obtain the money, funds, credit, assets, securities, and other property owned by, and under the custody and control of, a financial institution, to wit, NFCU, by means of materially false and fraudulent pretenses, representations, and promises.

(In violation of Title 18, United States Code, Sections 1344 and 2.)

COUNT THREE
(Credit Union Fraud)

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations contained in the General Allegations section are incorporated herein by reference as if set out in full.

2. On or about January 16, 2025, in the Eastern District of Virginia and elsewhere, BRIAN ANTWAN PEOPLES, the defendant herein, aided and abetted by others, and along with other conspirators known and unknown to the Grand Jury, having devised the scheme and artifice described above and incorporated by reference, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud and to obtain the money, funds, credit, assets, securities, and other property owned by, and under the custody and control of, a financial institution, to wit, NFCU, by means of materially false and fraudulent pretenses, representations, and promises.

(In violation of Title 18, United States Code, Sections 1344 and 2.)

COUNT FOUR
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations contained in the General Allegations section are incorporated herein by reference as if set out in full.

2. On or about January 16, 2025, in the Eastern District of Virginia and elsewhere, BRIAN ANTWAN PEOPLES, the defendant herein, aided and abetted by others known and unknown, and along with other conspirators known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to felony violations of provisions contained in Chapter 63 of Title 18, United States Code, to wit, credit union fraud and conspiracy to commit bank and credit union fraud, in violation of Title 18, United States Code, Sections 1344 and 1349, knowing that the means of identification belonged to another actual person.

(In violation of Title 18, United States Code, Sections 1028A and 2.)

## COUNT FIVE
(Bank Fraud)

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations contained in the General Allegations section are incorporated herein by reference as if set out in full.

2. On or about April 29, 2025, in the Eastern District of Virginia and elsewhere, BRIAN ANTWAN PEOPLES and ORION AUDIANDRE WHITE, the defendants herein, aided and abetted by others, and along with other conspirators known and unknown to the Grand Jury, having devised the scheme and artifice described above and incorporated by reference, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud and to obtain the money, funds, credit, assets, securities, and other property owned by, and under the custody and control of, a financial institution, to wit, Synchrony Bank, by means of materially false and fraudulent pretenses, representations, and promises.

(In violation of Title 18, United States Code, Sections 1344 and 2.)

COUNT SIX
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations contained in the General Allegations section are incorporated herein by reference as if set out in full.

2. On or about April 29, 2025, in the Eastern District of Virginia and elsewhere, BRIAN ANTWAN PEOPLES and ORION AUDIANDRE WHITE, the defendants herein, aided and abetted by others known and unknown, and along with other conspirators known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to felony violations of provisions contained in Chapter 63 of Title 18, United States Code, to wit, bank fraud and conspiracy to commit bank and credit union fraud, in violation of Title 18, United States Code, Sections 1344 and 1349, knowing that the means of identification belonged to another actual person.

(In violation of Title 18, United States Code, Sections 1028A and 2.)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of any of the violations alleged in counts one, two, three, and five of this Indictment, shall forfeit to the United States, as part of sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e.).

3. The property subject to forfeiture includes, but is not limited to, the following:

   a. A monetary judgment in an amount representing the proceeds the defendant obtained from the scheme alleged in this indictment.

(In accordance with Title 18, United States Code, Section 982(a)(2)(A).)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

UNITED STATES v. BRIAN ANTWAN PEOPLES, ET AL.
4:26-cr-72

A TRUE BILL:

REDACTED COPY

FOREPERSON

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

By:

Alyson C. Yates
Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, Virginia 23606
Phone: (757) 591-4000
Fax: (757) 591-0866
Email: alyson.yates@usdoj.gov